```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MARJAN INTERNATIONAL CORP.,<br><br>             Plaintiff,<br><br>     -v-<br><br>M.R. RUGS, INC. AND ZARI REZVAN,<br><br>             Defendants. | 23-cv-11223 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

On June 4, 2024, counsel informed the Court that the parties had reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

SO ORDERED.

New York, NY
June 4, 2024

_____
JED S. RAKOFF, U.S.D.J.